United States District Court
Southern District of Texas
**ENTERED**
June 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO R. ACEVEDO,<br>  Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:18-cv-00052 |
| UNITED STATES RAILROAD<br>RETIREMENT BOARD, *et al.*,<br>  Defendants. | § § § § | |

### ORDER

Before the Court is Union Pacific Railroad Company's (hereafter "Defendant") "Defendant's Union Pacific Railroad Company's Motion for a More Definite Statement, or in the alternative, Motion to Dismiss, and Memorandum in Support" (hereafter "Defendant's Motion") (Docket No. 8). On May 16, 2018 the Court ordered the Clerk of the Court to close the above-styled civil case because it lacked jurisdiction to preside over it. *See* Docket No. 6 at 1. Accordingly, Defendant's Motion (Docket No. 8) is **DENIED as moot**.

The Clerk of the Court is **ORDERED** to send this "Order" via regular mail to Plaintiff Rolando R. Acevedo. In addition, the Clerk is **ORDERED** to include a self-addressed, stamped envelope containing a copy of this Order. Plaintiff is **ORDERED** to acknowledge receipt by executing his signature to the Order and return said Order to the Court via the self-addressed, stamped envelope.

Signed on this 5th day of June, 2018.

_____
Rolando Olvera
United States District Judge

**Acknowledgment of Receipt:**

_____
Roberto R. Acevedo

1